# IN THE SUPREME COURT, STATE OF WYOMING

## 2020 WY 129

*April Term, A.D. 2020*

*September 30, 2020*

PAUL WALLACE HALL,

Appellant
(Defendant),

v.                                                                S-20-0137

THE STATE OF WYOMING,

Appellee
(Plaintiff).

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court.  Appellant entered an unconditional "no contest" plea to one count of possession of a controlled substance (oxycodone) with intent to deliver.  Wyo. Stat. Ann. § 35-7-1031(a)(ii).  The district court imposed a six to eight-year sentence, with was suspended in favor of probation.  Appellant filed this appeal to challenge the district court's May 18, 2020, "Plea Change Hearing Order and Judgment and Sentence."

[¶ 2]    On July 30, 2020, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief."   This Court ordered that, on or before September 14, 2020, Appellant "may file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal."   This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision" on this appeal. This Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds appellate counsel's motion to withdraw should be granted and the district court's "Plea Change Hearing Order and Judgment and Sentence" should be affirmed.

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Paul Wallace Hall, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the district court's May 18, 2020, "Plea Change Hearing Order and Judgment and Sentence" be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 30th day of September, 2020.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**